IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **PROUDFOOT CONSULTING CO.,** | |
| **Plaintiff,** | Amount of Judgment $352,840.29 |
| v. | Civil No. 09-mc-00300 |
| **DERRICK GORDON,** | |
| **Defendant.** | |

### REQUEST FOR WRIT OF GARNISHMENT OF WAGES

Plaintiff requests a WRIT OF GARNISHMENT OF WAGES pursuant to the Final Judgment of Attorneys' Fees in the amount of $352,840.29 (the "Judgment") in *Proudfoot Consulting Company v. Derrick Gordon*, Case. No. 06-80959-civ-Marra/Johnson, which was originally entered by the United States District Court of the Southern District of Florida on September 15, 2008, and was registered in this court on September 14, 2009.[1] (*See* ECF No. 1). Pursuant to 28 U.S.C. § 1963, this court may enforce a judgment entered in another district court.

---

[1] After the judgment was registered in this Court, Judge Linnea Johnson of the Southern District of Florida entered an Order vacating the Judgment on September 22, 2009 for the purpose of staying Plaintiff's collection activities until the court could rule on Defendant's Rule 60(b)(5) Motion for Relief from Attorneys' Fee Judgment. (*See* ECF No. 3). After that motion was fully briefed, and the parties' respective argument were considered by the court, Judge Johnson issued an Omnibus Order reinstating the Judgment and denying Defendant's Rule 60(b)(5) Motion on February 25, 2011. (*See* ECF No. 5). That Omnibus Order has been appealed by Gordon, but Gordon has not posted a supersedeas bond or taken any other action to stay collection proceedings during the pendency of that appeal. The automatic stay of Rule 62(a) has expired.

JUDGMENT AMOUNT:	$352,840.29
($335,080.55 – ORIGINAL JUDGMENT)
($17,759.74 – POST-JUDGMENT INTEREST)[2]

JUDGMENT DEBTOR:	Derrick Gordon
1763 Macy Lane
Lawrenceville, GA 30083

JUDGMENT GARNISHEE:	The Highland Consulting Group, Inc.
24629 Beverly Road
St. Michaels, MD 21663

Plaintiff requests, pursuant to Fed. R. Civ. P. 69(a) and Md. Rule 3-646(b) that this court please issue a writ for the garnishment of wages of the judgment debtor.

Date:  April 4, 2011	Respectfully submitted,

	   /s/
	Laura E. Sierra (No. 17607)
	ALSTON & BIRD LLP
	The Atlantic Building
	950 F Street, NW
	Washington, DC 20004-1404
	Telephone: 202-756-3300
	Fax: 202-756-3333

	*Counsel for Plaintiff*

---

[2] Pursuant to 28 U.S.C. § 1961, post-judgment interest was calculated from September 15, 2008, the date of entry of the Judgment, through April 1, 2011 at the rate of 2.05%, compounded annually.

- 2 -

LEGAL02/32531518v1

- 3 -

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| PROUDFOOT CONSULTING CO., | |
| Plaintiff, | Amount of Judgment $352,840.29 |
| v. | Civil No. 09-mc-00300 |
| DERRICK GORDON, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2011, a copy of the foregoing REQUEST FOR WRIT OF GARNISHMENT OF WAGES was served in accordance with the Court's CM/ECF Guidelines.

                                             /s/
                                        Laura E. Sierra

                                        *Counsel for Plaintiff*